IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LARRY KENENETH GAY<br><br>Plaintiff,<br><br>vs.<br><br>RONALD JAMES ADAMSON<br><br>Defendant. | CV 25-48-M-KLD<br><br>ORDER |

Defendant Ronald J. Adamson has filed a motion to dismiss and for sanctions. (Doc. 9). Previously, Plaintiff Larry Kenneth Gay filed a notice of withdrawal of complaint. (Doc. 7). Fed. R. Civ. P. 41(a)(1) allows a plaintiff to dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Here, Defendant has filed neither an answer nor a motion for summary judgment. Therefore, this case was dismissed upon the filing of Plaintiff's notice of withdrawal on May 14, 2025. Accordingly,

IT IS ORDERED that Defendant's motion to dismiss and for sanctions (Doc. 9) is DENIED as moot.

IT IS FURTHER ORDERED that the parties shall make no further filings in this case.

DATED this 20th day of May, 2025

_____
Kathleen L. DeSoto
United States Magistrate Judge