IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LARRY KENENETH GAY, <br><br> Plaintiff, <br><br> vs. <br><br> RONALD JAMES ADAMSON <br><br> Defendant. | CV 25-48-M-KLD <br><br><br> ORDER |

Defendant Ronald J. Adamson has filed a "Motion to Dismiss, and Motion to Request Jurisdiction by a United States Magistrate Judge and Motion for Sanctions". (Doc. 11). The motion appears to be an amended version of Defendant's earlier motion, filed on May 19, 2025. (Doc. 9). On May 20, 2025, the Court entered an order denying Defendant's earlier motion as moot and ordering that the parties shall make no further filings in this case. (Doc. 10). The order further clarified that this case was dismissed upon the filing of Plaintiff's notice of withdrawal on May 14, 2024. (Doc. 10 at 1). Accordingly,

//

//

IT IS ORDERED that Defendant's motion (Doc. 11) is DENIED as moot.

IT IS FURTHER ORDERED that the parties shall make no further filings in this case.

DATED this 23rd day of May, 2025

_____
Kathleen L. DeSoto
United States Magistrate Judge